UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MONIQUE B. PORTER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil No. 06-6264-HA

JUDGMENT

Based on the record,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is REVERSED and this case is REMANDED to the Commissioner for the calculation and award of benefits to plaintiff Monique Porter.

Dated this _25_ day of February, 2008.

*/s/ Ancer L. Haggerty*
Ancer L. Haggerty
United States District Judge