FILED'08 AUG 26 17:30USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ROBERT W. DOWNING, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 07-6264-KI |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| COMMISSIONER of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Richard F. McGinty
McGinty & Belcher, PC
P.O. Box 12806
Salem, OR 97309

    Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

Page 1 - JUDGMENT

Leisa Wolf
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is REVERSED. This action is REMANDED to the Commissioner for a finding of disability.

Dated this _____26_____ day of August, 2008.

                         _____
                         Garr M. King
                         United States District Judge